IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. BRENNAN, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 13-6635 |
| Defendant. | : | |

# ORDER

**AND NOW**, on June 21, 2016, **IT IS ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (doc. 74) is **DENIED** with prejudice; and

2. Defendant's Motion for Partial Summary Judgment (doc. 79) is **DENIED** without prejudice.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE